UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-16836 |
| MAGNER, ALICE | Chapter: 7 |
| | Judge: MBK |

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Michael B. Kaplan</u> on <u>June 12, 2017</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Timeshare at: La Sammana 1400 W Brigantine Ave, Brigantine, NJ
> The debtor(s) purchased the property in 2006 for $6,000. The property is valued at $6,000 based upon the Debtor's Estimate.

> Liens on property:
>
> None

> Amount of equity claimed as exempt:
>
> $3,000

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-16836-MBK
Alice Magner                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 12, 2017
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db             +Alice Magner,    114 Netherwood Ave,    Piscataway, NJ 08854-4036
516747831     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516747830      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
516747833     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516747832      +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
516747834      +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
516747835      +Comenitycapital/mprcc,    Po Box 182120,    Columbus, OH 43218-2120
516747838      +Foreclosure Processing Services,    Superior Court Clerk s Office,
                 25 W. Market Street, 6th Floor, North Wi,    Trenton, NJ 08611-2148
516747843      +Kivitz Mckeever Lee, P.C,    701 Market St #5000,    Philadelphia, PA 19106-1541
516747845      +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516747846      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516747847      +Santander Consumer USA Inc,    P.O. Box 961288,    Fort Worth, TX 76161-0288
516747849      +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
516747850      +U.S. Bank  Trunst National Associaion,    300 East Delaware Ave,    8th Floor,
                 Wilmington, DE 19809-1515
516747851      +Unifund CCR LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 12 2017 22:13:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2017 22:13:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516747836      +E-mail/PDF: creditonebknotifications@resurgent.com May 12 2017 22:17:03      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516747837       E-mail/Text: mrdiscen@discover.com May 12 2017 22:12:40      Discoverbank,    Po Box 15316,
                 Wilmington, DE 19850
516747839      +E-mail/Text: bankruptcy@icsystem.com May 12 2017 22:13:24      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
516747841       E-mail/Text: cio.bncmail@irs.gov May 12 2017 22:12:53      Internal Revenue Service,
                 44 South Clinton Ave,    Trenton, NJ 08601
516747844      +E-mail/Text: bnckohlsnotices@becket-lee.com May 12 2017 22:12:45      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516747848      +E-mail/PDF: gecsedi@recoverycorp.com May 12 2017 22:16:42      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
516750891      +E-mail/PDF: gecsedi@recoverycorp.com May 12 2017 22:17:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516747842*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
516747840*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                Page 2 of 2              Date Rcvd: May 12, 2017
                               Form ID: pdf905            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Debtor Alice  Magner yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 4
```