Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17–16836–MBK
                        Chapter: 7
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alice Magner
   aka Alice Chen
   114 Netherwood Ave
   Piscataway, NJ 08854

Social Security No.:
   xxx–xx–0817

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 28, 2017</u>                    <u>Michael B. Kaplan</u>
                                          Judge, United States Bankruptcy Court