Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.:  17−16836−MBK
                            Chapter:  7
                            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alice Magner
    aka Alice Chen
    114 Netherwood Ave
    Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0817

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 28, 2017
JAN: mrg

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alice Magner  
    Debtor

Case No. 17-16836-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 28, 2017  
                   Form ID: cscnodsc     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.

```
db              +Alice Magner,   114 Netherwood Ave,    Piscataway, NJ 08854-4036
cr              +Santander Consumer USA, Inc.,   14841 Dallas Parkway,    Suite 300,   Dallas, TX 75254-7883
516747831      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516747830       +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
516747833      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
516747832       +Caliber Home Loans, In,   Po Box 24610,   Oklahoma City, OK 73124-0610
516747834       +Comenity Bank/vctrssec,   Po Box 182789,   Columbus, OH 43218-2789
516747835       +Comenitycapital/mprcc,   Po Box 182120,   Columbus, OH 43218-2120
516747838       +Foreclosure Processing Services,   Superior Court Clerk s Office,
                 25 W. Market Street, 6th Floor, North Wi,   Trenton, NJ 08611-2148
516747839       +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
516747843       +Kivitz Mckeever Lee, P.C.,   701 Market St #5000,   Philadelphia, PA 19106-1541
516747845       +Middlesex County Court Special Civil,   PO Box 1146,   New Brunswick, NJ 08903-1146
516747846       +New Jersey Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
516747847       +Santander Consumer USA Inc,   P.O. Box 961288,   Fort Worth, TX 76161-0288
516747849       +Trojan Professional Se,   4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
516747850       +U.S. Bank Trunst National Associaion,   300 East Delaware Ave,   8th Floor,
                 Wilmington, DE 19809-1515
516747851       +Unifund CCR LLC,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2017 23:21:09    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2017 23:21:05    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516747836      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2017 23:22:38    Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
516747837       E-mail/Text: mrdiscen@discover.com Jul 28 2017 23:20:30    Discoverbank,   Po Box 15316,
                 Wilmington, DE 19850
516747841       E-mail/Text: cio.bncmail@irs.gov Jul 28 2017 23:20:40    Internal Revenue Service,
                 44 South Clinton Ave,   Trenton, NJ 08601
516747844      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2017 23:20:33    Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516747848      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 23:22:35    Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
516750891      +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 23:22:36    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516747842*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
                 Andover, MA 01810-9052)
516747840*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Jul 28, 2017
                              Form ID: cscnodsc           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
              PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
             Thomas   Orr    tom@torrlaw.com,  Torr@ecf.epiqsystems.com
             Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
             U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
             Yakov  Rudikh    on behalf of Debtor Alice  Magner yrudikh@gmail.com,
              rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                              TOTAL: 5
```